

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-11-00423-CV**

**IN RE BOBBY JOE ROBERTS**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Bobby Joe Roberts presented a petition for writ of mandamus for filing in this Court to compel a trial court judge to rule on Roberts' motion to correct the trial court's notice to the Texas Department of Criminal Justice of a judgment against Roberts.  The trial court judge, however, is in Hood County.  We have no jurisdiction of Hood County district judges.  *See* TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2011).

Roberts also presented an affidavit of indigence for filing in this Court.  Under the circumstances of this case, we use Rule 2 and grant Roberts indigent status.  TEX. R. APP. P. 2.

Roberts' petition is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Pet. dismissed
Opinion delivered and filed November 9, 2011
 [OT06]